# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,
Plaintiff,

v.

**[1] HUMBERTO CONCEPCION-ANDRADES**,
Defendant.

**CRIMINAL NO. 17-240 (CCC)**

## UNITEED STATES OF AMERICA'S MOTION TO VACATE ORDER

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorney, respectfully states and prays as follows:

1. On December 18, 2018, the Government informed of its compliance with the Court's Order to provide the defendant with the grand jury transcript related to the charging of Count Five of the Indictment. (ECF No. 537). The defendant filed a response in opposition to the Government's motion. (ECF No. 539).

2. On March 12, 2019, the Court ordered the Government to reply to the defendant's response in opposition by March 27, 2019. (ECF No. 577).

3. The Government requests that the Court vacate its order at ECF No. 577. On March 13, 2019, pursuant to a plea agreement, the defendant pled guilty to Counts One and Five of the Indictment. Therefore, any potential issues or claims related to compliance are now moot.

WHEREFORE, the United States respectfully requests that this Honorable Court vacate its order at ECF No. 577.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 14th day of March, 2019.

ROSA EMILIA RODRÍGUEZ-VÉLEZ
United States Attorney

s/José A. Contreras
José A. Contreras
Assistant United States Attorney
USDC No. G00612
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
San Juan, Puerto Rico 00918
Tel: (787) 766-5656

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this case.

s/José A. Contreras
José A. Contreras
Assistant United States Attorney